```
 1  ELIZABETH WALDOW
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
    P.O. Box 517
 3  Yosemite, California 95389
    Telephone: 209-372-0243
 4
 5
 6
 7
                   UNITED STATES DISTRICT COURT
 8
                   EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES GOVERNMENT,    )    CASE #6:05-mj-00022-WMW
10                               )
           Plaintiff,            )
11                               )    STIPULATION TO CONTINUE
        vs                       )    TRIAL
12                               )
                                 )
13                               )
    ARMISTEAD PURYEAR            )
14                               )
           Defendant.            )
15  _____)
    _____)
16
        IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW,
17
    the Legal Officer for the United States Government and
18
    Defendant, ARMISTEAD PURYEAR, and his Attorney of record,
19
    ANTHONY CAPOZZI, that the trial in the above-captioned matter
20
    scheduled for September 28, 2005, be continued until November 9,
21
    2005.
22
    Dated: September 28,  2005
23
                                    By:  /S/ Elizabeth Waldow
24                                       ELIZABETH WALDOW
                                         Acting Legal Officer for
25                                       United States Government

26  Dated: September 28, 2005
                                    By:  /S/ Anthony Capozzi
27  _____          ANTHONY CAPOZZI
                                         Attorney for Armistead
28  Puryear                                      As authorized on
    9/28/05
```

1
2
3
4                          * * * ORDER * * *
5      The Court, having reviewed the above request for a
6  Continuance until November 9, 2005 and Order Thereon, HEREBY
7  ORDERS AS FOLLOWS:
8      1.   The trial in the matter of U.S. v. ARMISTEAD PURYEAR
9           shall be continued to November 9, 2005 at 10:00 am.
10
11                        IT IS SO ORDERED.
12     **Dated:   September 29, 2005           /s/  William M. Wunderlich**
                  mmkd34UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28