```
 1  ELIZABETH WALDOW
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
    P.O. Box 517
 3  Yosemite, California 95389
    Telephone: 209-372-0243
 4

 5

 6

 7
                     UNITED STATES DISTRICT COURT
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES GOVERNMENT,     )    CASE #6:05-mj-0022-WMW
10                                )
            Plaintiff,            )
11                                )    STIPULATION TO CONTINUE
        vs                        )    TRIAL
12                                )
                                  )
13                                )
                                  )
14  Armistead PURYEAR             )
                                  )
15          Defendant.            )
    _____)
16  _____)

17     IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW,

18  the Legal Officer for the United States Government and

19  Defendant, ARMISTEAD PURYEAR, and his Attorney of record,

20  ANTHONY CAPOZZI,  that the trial in the above-captioned matter

21  scheduled for November 9, 2005, be continued until January 4,

22  2006.

23  Dated: November 16,  2005

24                                By:  /S/ Elizabeth Waldow
                                       ELIZABETH WALDOW
25                                     Legal Officer for
                                       United States Government
26
    Dated: November 16, 2005
27                                By:  /S/ Anthony Capozzi
                                       ANTHONY CAPOZZI
28                                     Attorney for Armistead
    Puryear                                     As authorized on
```

1

STIPULATION TO CONTINUE AND ORDER THEREON

1 | 11/16/05

3 | * * * ORDER * * *

4 | The Court, having reviewed the above request for a
5 | Continuance in the trial until January 4, 2006 and Order
6 | Thereon, HEREBY ORDERS AS FOLLOWS:
7 | 1.   The trial in <u>United States v. Armistead Puryear</u>, shall
8 | be continued to January 4, 2006.

10 | IT IS SO ORDERED.

11 | **Dated:   November 17, 2005             /s/  William M. Wunderlich**
     mmkd34UNITED STATES MAGISTRATE JUDGE