ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
ARMISTEAD PURYEAR


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No.: CR-05-0022 WMW |
| ) | |
| Plaintiff,     ) | STIPULATION TO CONTINUE TRIAL DATE |
| ) | |
| vs.                       ) | |
| ) | |
| ARMISTEAD PURYEAR,                  ) | |
| ) | |
| Defendant.    ) | |

   IT IS HEREBY STIPULATED between the Defendant, ARMISTEAD PURYEAR, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Elizabeth Waldow, Legal Officer for the United States Government, that the Trial now set for Wednesday, March 15, 2006 at 10:00 a.m. be continued to Thursday, April 13, 2006 at 10:00 a.m.

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

       Title  18,  United  States  Code,  Section

3161(h)(1)(A) which states:

(h) The following periods of delay shall be excluded in computing the time within which any information or an indictment must be filed, or in computing the time within which the trial of any such offense must commence:

(1) Any period of delay resulting from other proceedings concerning the defendant, including but not limited to –

(A) delay resulting from an proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant;

Respectfully submitted,

Dated: March 13, 2006

　　　/s/ Anthony P. Capozzi

Anthony P. Capozzi,
Attorney for Defendant,
Armistead Puryear

Dated: March 13, 2006

　　　/s/ Elizabeth Waldow

Elizabeth Waldow,
Legal Officer for the
United States Government

## **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Hearing set for March 15, 2006, is vacated and continued to April 13, 2006 at 10:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §3161(h)(1)(A).


IT IS SO ORDERED.

| | |
|---|---|
| Dated:   **March 14, 2006** | _____/s/ William M. Wunderlich_____ |
| mmkd34 | UNITED STATES MAGISTRATE JUDGE |