```
 1  ELIZABETH WALDOW
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
    P.O. Box 517
 3  Yosemite, California 95389
    Telephone: 209-372-0243
 4

 5

 6

 7
                    UNITED STATES DISTRICT COURT
 8
                   EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES GOVERNMENT,    )   CASE #6:05-mj-0022-WMW
10                               )
            Plaintiff,           )
11                               )   STIPULATION TO VACATE
            v.                   )   TRIAL AND REQUEST
12              CONTINUANCE      )   TO APRIL 25,
                2006, FOR ENTRY  )   OF PLEA
13                               )
    Armistead PURYEAR,           )
14                               )
            Defendant.           )
15  _____)
    _____)
16
         IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW,
17
    Legal Officer for the United States Government, and Defendant,
18
    ARMISTEAD PURYEAR, and his Attorney of record, ANTHONY CAPOZZI,
19
    that the trial in the above-captioned matter scheduled for April
20
    13, 2006, be vacated and the case continued to April 25, 2006,
21
    for entry of plea.
22
    Dated: April 13, 2006
23
                                 By:  /S/ Elizabeth Waldow
24                                    ELIZABETH WALDOW
                                      Legal Officer for
25                                    United States Government

26  Dated: April 13, 2006
                                 By:  /S/ Anthony Capozzi
27                                    ANTHONY CAPOZZI
                                      Attorney for Armistead
28  Puryear                                    As authorized on
    04/11/06
```

1

STIPULATION TO CONTINUE AND ORDER THEREON

1
2                          * * * ORDER * * *
3      The Court, having reviewed the above request for to vacate
4 the trial set for April 13, 2006 and Order Thereon, HEREBY
5 ORDERS AS FOLLOWS:
6      1.   The trial in <u>United States v. Armistead Puryear</u>, shall
7           be vacated and the case continued to April 25, 2006,
8           for entry of plea.
9
10                         IT IS SO ORDERED.
11     **Dated:   April 24, 2006          /s/  William M. Wunderlich**
12                   mmkd34UNITED STATES MAGISTRATE JUDGE